

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2019

No. 04-19-00751-CV

**IN RE K.J.C., JR. AND J.S.M.**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02668
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant father's second motion for an extension of time to file the appellant's brief is granted. We order counsel, Joseph Bohac, to file the appellant father's brief by January 6, 2020. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2019.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court